# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

October 6, 2017

## LETTER ORDER

**Re:** **Chronic Disease Fund, Inc., v. United States of America**
**Civil Action No. 17-0942 (JMV)**

Dear Counsel:

In light of the Court's September 25, 2017 Order, which granted the parties' joint motion to stay this matter for an additional ninety (90) days [Dkt. No. 16], the pending motion related to the enforcement of the Summons at issue in this case [Dkt. No. 8] is **ADMINISTRATIVELY TERMINATED**. If the parties wish to reinstate the motion, they may include such a request in their forthcoming joint status report to the Court, which is due on December 29, 2017.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**