Patrick J. Boyle (NJ Bar 036081997)
Jessie Beeber
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
24th Floor
New York, New York 10020
(212) 307-5500 (telephone)
(212) 307-5598 (facsimile)
PBoyle@Venable.com
JBeeber@Venable.com
*Attorneys for Petitioner*
*Chronic Disease Fund, Inc.*

KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorney
U.S. Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone:     (202) 616-3822
               (202) 307-6536
Fax:           (202) 514-6866
Email:         Kari.M.Larson@usdoj.gov
               kavitha.bondada@usdoj.gov
*Counsel for Respondent United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| CHRONIC DISEASE FUND, INC.<br><br>                    Petitioner,<br><br>--against--<br><br>UNITED STATES OF AMERICA<br><br>                    Respondent. | Civil Action No.  17-942-JMV-JBC |

## STIPULATION OF DISMISSAL

Petitioner, Chronic Disease Fund d/b/a Good Days and Respondent, the United States of America jointly stipulate to the dismissal of the Petition to Quash IRS Summons Issued to Third Party Novartis Pharmaceuticals Corporation ("Novartis"), [ECF No. 1], and Motion to Deny Petition to Quash IRS Summons Issued to Third-Party Novartis, and to Enforce [ECF No. 8], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The parties further stipulate that the summons at issue is enforced with respect to the documents Novartis has already produced, and will not be further enforced. Each party shall bear its own fees and costs.

Accordingly, the Court may now administratively close this case.

Dated: September 10, 2019

VENABLE LLP

By: /s/ Patrick J. Boyle
Patrick J. Boyle (NJ Bar 036081997)
Jessie Beeber
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Email: PBoyle@venable.com
JBeeber@venable.com
*Attorneys for Petitioner Chronic Disease Fund, Inc.*

*admitted *pro hac vice*

CRAIG CARPENITO
United States Attorney

RICHARD ZUCKERMAN
Principal Deputy Assistant Attorney General, Tax Division

By:     /s/ Kari M. Larson
KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA

2

        Trial Attorney
        U.S. Department of Justice, Tax Division
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 616-3822
                    (202) 307-6536
        Facsimile:  (202) 514-6866
        Email: kari.m.larson@usdoj.gov
                Kavitha.bondada@usdoj.gov
        *Counsel for Respondent United States of America*